USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIP SULLIVAN, JR., *on behalf of himself and all others similarly situated*,

        Plaintiff,

-against-

NATIONAL COUNCIL FOR CERTIFIED PERSONAL TRAINERS LLC,

        Defendant.

Case No.: 18-cv-10316

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, NATIONAL COUNCIL FOR CERTIFIED PERSONAL TRAINERS LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Charles A. Termini, Esq.
Charles Termini, Esq.
82 Fairview Avenue
Oceanside, NY 11572
Telephone: (516) 343-3274
Email: catlaw50@aol.com

Date: 5/2/19

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: May 2, 2019

SO ORDERED
_____
U.S.D.J.

May 20, 2019